S.D.N.Y. - N.Y.C.
04-cv-400
04-cv-401
04-cv-506
04-cv-936
04-cv-937
04-cv-1085
04-cv-2117
04-cv-2118
Griesa, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

———————————

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of June, two thousand fourteen.

Present:
> Barrington D. Parker,
> Denny Chin,
> > *Circuit Judges*.[*]

———————————————————————

Silvia Seijas, *et al.*,

> > *Plaintiffs - Respondents,*

> v.                                                     14-1444

The Republic of Argentina,

> > *Defendant - Petitioner.*

———————————————————————

The Republic of Argentina,

> > *Petitioner,*

> v.                                                     14-1447

Silvia Seijas, *et al.*,

———————————

[*]Judge Raymond J. Lohier has recused himself from consideration of this motion. Pursuant to Second Circuit Internal Operating Procedure E(b), the matter is being decided by the two remaining members of the panel.

*Respondents.*

_____

_____

Republic of Argentina,

                  *Petitioner,*

      v.                                 14-1449

Cesar Raul Castro,

                  *Respondent.*

_____

Republic of Argentina,

                  *Petitioner,*

      v.                                 14-1450

Hickory Securities Ltd.,

                  *Respondent.*

_____

Republic of Argentina,

                  *Petitioner,*

      v.                                 14-1479

Ruben Chorny,

                  *Respondent.*

_____

Republic of Argentina,

                  *Petitioner,*

      v.                                 14-1508

Eduardo Puricelli,

                  *Respondent.*

2

_____

_____

The Republic of Argentina,

> *Petitioner,*

> v.                                                    14-1542

Elizabeth Andrea Azza, *et al.*,

> *Respondents.*

_____

Hickory Securities, Ltd., *et al.*,

> *Plaintiffs-Respondents,*

> v.                                                    14-1590

The Republic of Argentina,

> *Defendant-Petitioner.*

_____

The above-captioned proceedings are consolidated for purposes of this order.

Petitioner moves, pursuant to Federal Rule of Civil Procedure 23(f), for leave to appeal the district court's orders granting class certification. Upon due consideration, it is hereby ORDERED that the petitions are GRANTED. *See Sumitomo Copper Litig. v. Credit Lyonnais Rouse, Ltd.*, 262 F.3d 134, 139-40 (2d Cir. 2001). The appeals will be heard in tandem. The Petitioner is directed to file a scheduling notification within 14 days of the date of entry of this order pursuant to Second Circuit Local Rule 31.2.

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk

CLOSED,RELATED

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:04-cv-02118-TPG

Chorny v. The Republic of Argentina                Date Filed: 03/17/2004
Assigned to: Judge Thomas P. Griesa                Date Terminated: 01/09/2009
Related Case: 1:02-cv-05699-TPG                    Jury Demand: Plaintiff
Case in other court:  USCA 2nd Circuit, 11-03329   Nature of Suit: 190 Contract: Other
Cause: 28:1332 Diversity-Breach of Contract        Jurisdiction: Federal Question

**Plaintiff**

**Ruben Chorny**                    represented by    **Bertrand Charles Sellier**
                                                      Vandenberg & Feliu, LLP
                                                      60 East 42nd Street,
                                                      51st Floor
                                                      New York, NY 10165
                                                      212-763-6833
                                                      Fax: 212-380-0172
                                                      Email: bsellier@rlrpclaw.com
                                                      *LEAD ATTORNEY*

                                                      **Guillermo Ariel Gleizer**
                                                      Guillermo A. Gleizer, Esq.
                                                      347 Fifth Avenue, Suite 1402
                                                      New York, NY 10016
                                                      (917) 539-0175
                                                      Fax: (212) 918-7958
                                                      Email: ari.gui@gmail.com
                                                      *LEAD ATTORNEY*

                                                      **Saul Roffe**
                                                      Sirota & Sirota, LLP(Queens)
                                                      125 Beach 128th Street
                                                      Queens, NY 11694
                                                      (609) 791-7007
                                                      Fax: (609) 896-9060
                                                      Email: saul@sirotalaw.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Alexander Reus**
                                                      Diaz Reus
                                                      Bank of America Tower
                                                      100 S.E. Second Street
                                                      Suite 2600
                                                      Miami, FL 33131

(305) 375-9220
Fax: (305) 375-8050
Email: areus@drrt.com

**Carlos F. Gonzalez**
Diaz, Reus, & Targ, LLP
100 S.E. 2ND Street , Suite 2600
Miami, FL 33131
(305) 375-9220
Fax: (305) 375-8050
Email: cgonzalez@diazreus.com
*PRO HAC VICE*

**Jennifer R. Scullion**
Proskauer Rose LLP (NY)
11 Times Square
New York, NY 10036
212-969-3655
Fax: 212-969-2900
Email: jscullion@proskauer.com

**Margaret T. Perez**
Diaz, Reus, & Targ, LLP
100 S.E. 2ND Street , Suite 2600
Miami, FL 33131
(305) 375-9220
Fax: (305) 375-8050
*PRO HAC VICE*

**Marta Colomar Garcia**
Diaz, Reus, & Targ, LLP
100 S.E. 2ND Street , Suite 2600
Miami, FL 33131
305-375-9220
Fax: 305-375-8050
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Diaz , Jr.**
Diaz, Reus, & Targ, LLP
100 S.E. 2ND Street , Suite 2600
Miami, FL 33131
(305) 375-9220
Fax: (305) 375-8050
*PRO HAC VICE*

**William Henry Weisman**
Proskauer Rose LLP (NY)
11 Times Square
New York, NY 10036

(212)-969-3979
Fax: (212)-969-2900
Email: wweisman@proskauer.com
*ATTORNEY TO BE NOTICED*

## V.

**Defendant**

**The Republic of Argentina**                    represented by **Carmine D. Boccuzzi , Jr**
                                                 Cleary Gottlieb
                                                 One Liberty Plaza
                                                 New York, NY 10006
                                                 212-225-2000
                                                 Fax: 212-225-3499
                                                 Email: maofiling@cgsh.com
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Jonathan I. Blackman**
                                                 Cleary Gottlieb
                                                 One Liberty Plaza
                                                 New York, NY 10006
                                                 212-225-2000
                                                 Fax: 212-225-3499
                                                 Email: maofiling@cgsh.com
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/17/2004 | | SUMMONS ISSUED as to The Republic of Argentina. (gmo, ) (Entered: 03/19/2004) |
| 03/17/2004 | 1 | COMPLAINT against The Republic of Argentina. (Filing Fee $ 150.00, Receipt Number 502508)Document filed by Ruben Chorny.(gmo, ) Modified on 3/19/2004 (gmo, ). (Entered: 03/19/2004) |
| 03/19/2004 | | CASE REFERRED TO Judge Thomas P. Griesa as possibly related to 1:02-cv-5699. (gmo, ) (Entered: 03/19/2004) |
| 04/05/2004 | | CASE ACCEPTED AS RELATED TO 1:02-cv-5699. Notice of Assignment to follow. (jjm, ) (Entered: 04/05/2004) |
| 04/05/2004 | 2 | NOTICE OF CASE ASSIGNMENT to Judge Thomas P. Griesa. Judge Unassigned no longer assigned to the case. (jjm, ) (Entered: 04/05/2004) |
| 04/05/2004 | | Magistrate Judge Gabriel W. Gorenstein is so designated. (jjm, ) (Entered: 04/05/2004) |
| 04/05/2004 | | Mailed notice to the attorney(s) of record. (jjm, ) (Entered: 04/05/2004) |

| 04/05/2004 | 3 | AFFIDAVIT OF SERVICE of Summons and Complaint. The Republic of Argentina served on 3/30/2004, answer due 4/19/2004. Service was accepted by Antonio Lues, compliance officer. Document filed by Ruben Chorny. (dle, ) (Entered: 04/06/2004) |
| --- | --- | --- |
| 06/02/2004 | 4 | ANSWER to Complaint. Document filed by The Republic of Argentina.(ps, ) (Entered: 06/04/2004) |
| 07/26/2004 | 5 | MOTION to Class Certification. Document filed by Ruben Chorny. Plaintiffs request Oral Argument. (db, ) (Entered: 07/28/2004) |
| 07/26/2004 | 6 | MEMORANDUM OF LAW in Support re: 5 MOTION to Certify Class. Document filed by Ruben Chorny. (db, ) (Entered: 07/28/2004) |
| 07/26/2004 | 7 | AFFIDAVIT of Saul Roffe in Support re: 5 MOTION to Certify Class. Document filed by Ruben Chorny. (db, ) (Entered: 07/28/2004) |
| 09/28/2004 | 8 | STIPULATION AND ORDER the Republic will serve discovery requests concerning class certification issues on plaintiff on or before 9/16/04, after which plaintiff and the Republic will coordinate class discovery in the Proposed Class Actions; and at the conclusion of class discovery in the Proposed Class Actions, plaintiff and the Republic will confer concerning an agreed-to briefing schedule for the Republic's papers in response to the class certification motion and the reply papers of plaintiff, if any, in further support of their motion. (Signed by Judge Thomas P. Griesa on 9/28/04) (jco, ) (Entered: 10/01/2004) |
| 01/24/2005 | 9 | NOTICE of Change of Firm Name & Legal Status to Cleary Gottlieb, Steen & Hamilton LLP. Document filed by The Republic of Argentina. (ps, ) (Entered: 01/31/2005) |
| 03/21/2005 | | ENDORSED LETTER addressed to Judge Griesa from Saul Roffe dated 3/17/2005 re: request denied. Original filed in 04cv400. (Signed by Judge Thomas P. Griesa on 3/17/2005) (jsa, ) (Entered: 03/23/2005) |
| 03/28/2005 | 12 | MEMORANDUM OF LAW in Opposition re: 5 MOTION to Certify Class.. Document filed by The Republic of Argentina. (rag, ) (Entered: 04/11/2005) |
| 03/28/2005 | 13 | DECLARATION of Christopher P. Moore in Opposition re: 5 MOTION to Certify Class.(Vol. I of II). Document filed by The Republic of Argentina. (rag, ) (Entered: 04/11/2005) |
| 03/28/2005 | 14 | DECLARATION of Christopher P. Moore in Opposition re: 5 MOTION to Certify Class.(Vol. II of II). Document filed by The Republic of Argentina. (rag, ) (Entered: 04/11/2005) |
| 03/30/2005 | 11 | CERTIFICATE OF SERVICE of Declaration of Christopher P. Moore served on LOvell, Stewart Holwell, Saul Roffe, Guillever3/28/05 on 3/30/05. Service was made by hand delivery. Document filed by The Republic of Argentina. (dle, ) (Entered: 04/06/2005) |
| 03/31/2005 | 10 | ORDER granting 5 Motion to Certify Class For the reasons stated on the record at today's hearing, the motions are granted in all of the captioned cases except in Fuhr (04 civ 507), Cooke 04 civ 508, Castro 04 civ 746 and Castro |

| | | |
|---|---|---|
| | | 04 civ 1183).Plaintiffs attorneys to settle appropriate orders.. (Signed by Judge Thomas P. Griesa on 3/31/2005) (jsa, ) (Entered: 04/04/2005) |
| 04/12/2005 | | MEMORANDUM OF LAW in Support re: 5 MOTION to Certify Class. Document filed by Ruben Chorny. Original entry in 04cv400 document number 41. (yv, ) Modified on 4/19/2005 (yv, ). (Entered: 04/19/2005) |
| 07/19/2005 | 15 | NOTICE OF MOTION for Leave to File Amend Pursuant to Rule 15(a) for an Order Granting Defendants Leave to Amend the Answer, and for Such Other Relief as this Court Deems Just and Proper. Document filed by The Republic of Argentina. (jmi, ) (Entered: 07/21/2005) |
| 07/19/2005 | 16 | MEMORANDUM OF LAW of the Republic of Argentina in Support re: 15 MOTION for Leave to File Amend Pursuant to Rule 15(a) for an Order Granting Defendants Leave to Amend the Answer, and for Such Other Relief as this Court Deems Just and Proper.. Document filed by The Republic of Argentina. (jmi, ) (Entered: 07/21/2005) |
| 08/10/2005 | 17 | ORDER; granting Class Certification; the Court hereby appoints Sirota & Sirota LLP, the law Offices of Guillermo Gleizer and Lovell Steward Halebian LLP as co-lead counsel ("Class Counsel") in the prosecution of this action pursuant to Rule 23. (Signed by Judge Thomas P. Griesa on 8/5/05) (pl, ) (Entered: 08/12/2005) |
| 09/12/2005 | | AFFIDAVIT of Saul Roffe in Opposition re: 15 MOTION for Leave to File Amend Pursuant to Rule 15(a) for an Order Granting Defendants Leave to Amend the Answer, and for Such Other Relief as this Court Deems Just and Proper. (orig. document docketed in 04cv400 as document #54). Document filed by Ruben Chorny. (pl, ) (Entered: 09/16/2005) |
| 09/12/2005 | | MEMORANDUM OF LAW in Opposition re: 15 MOTION for Leave to File Amend Pursuant to Rule 15(a) for an Order Granting Defendants Leave to Amend the Answer, and for Such Other Relief as this Court Deems Just and Proper. (orig. document docketed in 04cv400 as document #55).(pl, ) (Entered: 09/16/2005) |
| 09/28/2005 | | AFFIDAVIT OF SERVICE of Order served on William Sweeney, Esq on 9/27/2005. Service was accepted by William Sweeney, Esq. Original filed under 04cv400 document #57. (jar, ) (Entered: 10/03/2005) |
| 11/22/2005 | 18 | MOTION for Summary Judgment. Document filed by Ruben Chorny. (djc, ) (Entered: 11/23/2005) |
| 11/22/2005 | 19 | MEMORANDUM OF LAW in Support re: 18 MOTION for Summary Judgment.. Document filed by Ruben Chorny. (djc, ) (Entered: 11/23/2005) |
| 11/22/2005 | 20 | AFFIDAVIT of Saul Roffe in Support re: 18 MOTION for Summary Judgment.. Document filed by Ruben Chorny. (djc, ) (Entered: 11/23/2005) |
| 12/06/2005 | 21 | STIPULATION AND ORDER: The Republic will serve a consolidated response to the motions for summary judgment on or before 1/10/2006; Plaintiffs will serve a consolidated reply to the Republic's response to the motions for summary judgment, if any, on or before 1/27/2006. (Signed by Judge Thomas P. Griesa on 12/5/2005) (lb, ) (Entered: 12/06/2005) |

| 01/10/2006 | 22 | MEMORANDUM OF LAW in Opposition re: 18 MOTION for Summary Judgment.. Document filed by The Republic of Argentina. (dle, ) (Entered: 01/11/2006) |
|---|---|---|
| 01/10/2006 | 23 | DECLARATION of Amy Chung in Opposition re: 18 MOTION for Summary Judgment.. Document filed by The Republic of Argentina. (dle, ) (Entered: 01/11/2006) |
| 01/17/2006 | 24 | ORDER denying as moot 15 Motion for Leave to File Document . (Signed by Judge Thomas P. Griesa on 1/13/06) (cd, ) (Entered: 01/18/2006) |
| 02/15/2006 | 25 | ORDER denying 18 Motion for Summary Judgment . (Signed by Judge Thomas P. Griesa on 2/15/06) (dle, ) (Entered: 02/17/2006) |
| 11/06/2006 | | MOTION for an order appointing the law firm of Proskauer Rose LLP as Co-Lead Counsel in these actions. Attached is Affidavit in Support. Document filed by Ruben Chorny. (Orig. docmt dktd in case no. 04 cv 400, docmt #69) (djc, ) (Entered: 11/07/2006) |
| 12/01/2006 | 26 | STIPULATION that the Republic shall have until 12/1/06 to serve papers in response to plntfs' motion to appoint Poskauer Rose LLP as co-lead counsel. Plntfs shall have until 12/8/06 to serve reply papers, if any, in further support of the Motion. (Signed by Judge Thomas P. Griesa on 11/21/06) (cd, ) (Entered: 12/04/2006) |
| 12/01/2006 | | Set/Reset Deadlines as to MOTION to Appoint Counsel.. Responses due by 12/1/2006 Replies due by 12/8/2006. (cd, ) (Entered: 12/04/2006) |
| 12/01/2006 | 27 | DECLARATION of Amy Chung in Opposition re: MOTION to Appoint Counsel. Document filed by The Republic of Argentina. (dle, ) (Entered: 12/06/2006) |
| 12/01/2006 | 28 | MEMORANDUM OF LAW in Opposition re: MOTION to Appoint Counsel. Document filed by The Republic of Argentina. (dle, ) (Entered: 12/06/2006) |
| 12/08/2006 | | MEMORANDUM OF LAW in Support re: MOTION to Appoint Counsel. Document filed by Ruben Chorny. Original filed in case 04cv400 (TPG), doc # 73. (jco, ) (Entered: 12/11/2006) |
| 12/08/2006 | | AFFIDAVIT of Bertrand C. Sellier in Support re: MOTION to Appoint Counsel.. Document filed by Ruben Chorny. Original filed in case 04cv400 (TPG), doc # 74. (jco, ) (Entered: 12/11/2006) |
| 12/22/2006 | 29 | NOTICE OF CHANGE OF ADDRESS by Guillermo Ariel Gleizer on behalf of all plaintiffs. New Address: Guillermo A. Gleizer, 6 Beechwood Court, East Hampton, NY, US 11937, 917-539-0175. (Gleizer, Guillermo) (Entered: 12/22/2006) |
| 02/16/2007 | 30 | CONFIDENTIALITY STIPULATION AND ORDER. The term "Confidential Information" means and includes any material, document or information that a producing party reasonably and in good faith believes is proprietary, personal, sensative, private and/or otherwise confidential, including, but not limited to financial, business and/or customer information. SO ORDERED (Signed by Judge Thomas P. Griesa on 2/16/2007) (jar) |

| | | (Entered: 02/21/2007) |
|---|---|---|
| 09/14/2007 | | Minute Entry for proceedings held before Judge Thomas P. Griesa : Interim Pretrial Conference held on 9/14/2007. (tro) (Entered: 09/19/2007) |
| 09/28/2007 | 31 | ORDER APPOINTING CO-LEAD COUNSEL: on 11/6/2006, plaintiffs filed a motion seeking an order appointing Proskauer Rose LLP co-lead counsel for the Plaintiffs. A conference was held on 9/14/2007, to address the motion. Proskauer Rose LLP is hereby appointed as co-lead counsel for the plaintiffs. (Signed by Judge Thomas P. Griesa on 9/27/07) Motions terminated: MOTION to Appoint Counsel filed by Ruben Chorny. Attorney Bertrand Charles Sellier for Ruben Chorny added. (kco) (Entered: 10/02/2007) |
| 12/04/2007 | 32 | NOTICE OF CHANGE OF ADDRESS by Guillermo Ariel Gleizer on behalf of Ruben Chorny. New Address: Guillermo A. Gleizer, 19 W 34th St. Suite 914, New York, NY, USA 10001, 9175390175. (Gleizer, Guillermo) (Entered: 12/04/2007) |
| 04/16/2008 | | AFFIDAVIT of Saul Roffe. Document filed by Ruben Chorny. Original document filed in case #04cv400, document #87. (dle) (Entered: 04/18/2008) |
| 04/16/2008 | 33 | MOTION for an order granting summary judgment in favor of Plaintiffs on all counts of the Complaint in the amount of $178,213,330, inclusive of accrued interest through 4/30/08, plus accrued interest thereafter at the statutory rate of 9%. Document filed by Ruben Chorny.(dle) (Entered: 04/18/2008) |
| 04/16/2008 | 34 | MEMORANDUM OF LAW in Support re: 33 MOTION for Summary Judgment. Document filed by Ruben Chorny. (dle) (Entered: 04/18/2008) |
| 04/16/2008 | 35 | RULE 56.1 STATEMENT. Document filed by Ruben Chorny. (dle) (Entered: 04/18/2008) |
| 04/16/2008 | 36 | NOTICE OF CHANGE OF ADDRESS by Howard B. Sirota on behalf of Ruben Chorny. New Address: Howard Sirota, Attorney at Law, 260 Madison Avenue, New York, New York, 10016, (212) 425-9055. (dle) (Entered: 04/18/2008) |
| 04/18/2008 | | DECLARATION of Guillermo A. Gleizer in Support of plaintiffs' motion for pre-judgment relief concerning property located in New York belonging to Argentina. (tro) Original document filed under civil case no. 04-cv-400, document #92. (tro) (Entered: 04/18/2008) |
| 04/18/2008 | | MEMORANDUM OF LAW in Support of Plaintiffs' Order to Show Cause. Original document filed under case no. 04-cv-400, document # 93. (tro) (Entered: 04/18/2008) |
| 04/18/2008 | 37 | ORDER TO SHOW CAUSE: Defendants shall show cause on 4/30/2008 at 10:30 AM in Courtroom 24B, 500 Pearl Street, New York, NY 10007 before Judge Thomas P. Griesa, as to why an order should not be made and entered, as set forth herein. Reply papers if any shall be served upon defendant's counsel at the time of the hearing. (Signed by Judge Thomas P. Griesa on 4/18/2008) (jpo) (Entered: 04/18/2008) |
| | | |

| | | |
|---|---|---|
| 04/25/2008 | | CERTIFICATE OF SERVICE of order to show cause and supporting documents served on Cynthia Scott on 4/18/08. Service was accepted by Cynthia Scott by hand delivery. Document filed by Ruben Chorny. Original document filed in case #04cv400, document #101. (dle) (Entered: 05/05/2008) |
| 04/28/2008 | | DECLARATION of Gleizer in support of plaintiffs' motion for pre-judgment relief concerning property located in Belgium and Germany belonging to Argentina. Document filed by Ruben Chorny; (orig. docmt dktd in case no. 04 cv 400, docmt #95) (djc) (Entered: 04/29/2008) |
| 04/28/2008 | 38 | ORDER TO SHOW CAUSE filed by Ruben Chorny. The Republic of Argentina shall show cause as to why an order should not be entered Preliminarily Restraining and Enjoining with respect to the Trust Bonds. Show Cause Hearing set for 4/30/2008 at 10:30 AM in Courtroom 26B, 500 Pearl Street, New York, NY 10007 before Judge Thomas P. Griesa. Show Cause Response due by 4/29/2008. (Signed by Judge Thomas P. Griesa on 4/28/08) (cd). (Entered: 04/29/2008) |
| 04/30/2008 | 39 | MEMORANDUM OF LAW in Opposition to Plaintiffs' Motion for Preliminary Injunction and Restraining Order. Document filed by The Republic of Argentina. (jmi) (Entered: 05/01/2008) |
| 04/30/2008 | 40 | DECLARATION of JoAnn D. Kamuf in Support re: 39 Memorandum of Law in Opposition. Document filed by The Republic of Argentina. (jmi) (Entered: 05/01/2008) |
| 04/30/2008 | 41 | DECLARATION of Christopher P. Moore in Support re: 39 Memorandum of Law in Opposition. Document filed by The Republic of Argentina. (jmi) (Entered: 05/01/2008) |
| 05/05/2008 | 42 | DECLARATION of Carlos Maria Tombeur. Document filed by The Republic of Argentina. (jp) (Entered: 05/06/2008) |
| 05/12/2008 | 43 | CERTIFICATE OF SERVICE of Memorandum of Law of the Republic of Argentina in opposition to Plaintiffs' Motions for Summary Judgment, dated May 12, 2008, the Declaration of Amy Chung dated May 12, 2008 including Exhbits A-E and Response of the Republic of Argentina to Plaintiffs' Local Rule 56.1 Statement served on Bertrand Sellier of Proskauer Rose LLP; Howard B. Sirota, Esq., Imtiaz Siddiqui, Esq., of Lovell Stewart Halebian LLP and Guilleremo A. Gleizer, Esq. on 5/12/08. Service was accepted by hand. Document filed by The Republic of Argentina. Document filed by The Republic of Argentina. (djc) (Entered: 05/13/2008) |
| 05/12/2008 | 44 | RESPONSE to Plaintif's Local 56.1 Statement. Document filed by The Republic of Argentina. (djc) (Entered: 05/13/2008) |
| 05/12/2008 | 45 | MEMORANDUM OF LAW in Opposition re: 33 MOTION for Summary Judgment. Document filed by The Republic of Argentina. (docmt received in night dep. on 5/12/08 at 6:04 p.m.) (djc) (Entered: 05/13/2008) |
| 05/12/2008 | 46 | DECLARATION of Amy Chung in Opposition re: 33 MOTION for Summary Judgment. Document filed by The Republic of Argentina. (docmt |

| | | received in night dep. on 5/12/08 at 6:04 p.m.) (djc) (Entered: 05/13/2008) |
|---|---|---|
| 05/16/2008 | 47 | DECLARATION of Severo Rizzo. Document filed by The Republic of Argentina. (pl) (Entered: 05/19/2008) |
| 05/16/2008 | 48 | SUR-REPLY MEMORANDUM OF LAW in Opposition to Plaintiff's motion for Preliminary Injunction. Document filed by The Republic of Argentina. (pl) (Entered: 05/19/2008) |
| 06/03/2008 | 49 | STIPULATION AND ORDER: Plaintiffs' reply papers in further support of plaintiffs' motion for summary judgment, dated 4/16/08, previously due on 5/27/08, shall now be due on 6/3/08. (Signed by Judge Thomas P. Griesa on 6/3/08) (tro) (Entered: 06/04/2008) |
| 06/03/2008 | 50 | STIPULATION AND ORDER, Plaintiffs' reply papers in further support of plaintiffs' motion for summary judgement, dated April 16, 2008 (the "motion"), previously due on May 27, 2008, shall now be due on June 3, 2008; Pursuant to Rule 1.E of the Court's individual practices, the undersigned counsel represent that this is the first request by plaintiffs for an extension in the briefing schedule for motion. (Signed by Judge Thomas P. Griesa on 6/3/08) (mme) (Entered: 06/09/2008) |
| 06/06/2008 | 51 | NOTICE OF APPEAL from 38 Order to Show Cause,. Document filed by The Republic of Argentina. Filing fee $ 455.00, receipt number E 653368. Copies of the Notice of Appeal mailed to attorney(s) of record: Howard B. Sirota, Esq., Proskauer Rose LLP, Guillermo A. Gleizer, Esq. and Lovell Stewart Halebian LLP. (nd) (Entered: 06/10/2008) |
| 06/10/2008 | | Transmission of Notice of Appeal to the District Judge re: 51 Notice of Appeal,. (nd) (Entered: 06/10/2008) |
| 06/10/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 51 Notice of Appeal,. (nd) (Entered: 06/10/2008) |
| 01/09/2009 | 52 | ORDER: For the reasons stated on the record at the hearing on November 12, 2008 the motions for summary judgment in these cases are granted. The Clerk of the Court is directed to close these cases and terminate the following motions set forth within. (Signed by Judge Thomas P. Griesa on 1/8/2009) (jfe) (Entered: 01/09/2009) |
| 01/09/2009 | | Transmission to Judgments and Orders Clerk. Transmitted re: 52 Order, Terminate Motions,,, to the Judgments and Orders Clerk. (jfe) (Entered: 01/09/2009) |
| 01/09/2009 | 53 | JUDGMENT #09,0015 in favor of Ruben Chorny against The Republic of Argentina in the amount of $ 167,459,484.00. (Signed by Judge Thomas P. Griesa on 01/08/09) (Attachments: # 1 Notice of Right to Appeal)(dt) (Entered: 01/09/2009) |
| 01/22/2009 | 54 | ORDER AFFIRMING DESIGNATION OF PORTIONS OF LOPEZ ISNARDI AS "CONFIDENTIAL" It is hereby ordered that plaintiffs and plaintiffs' counsel may not publicly disclose, directly or indirectly, any of the Confidential Testimony, and shall not only use such Confidential Testimony for purposes of prosecuting the above captioned litigation. (Signed by Judge |

| | | |
|---|---|---|
| | | Thomas P. Griesa on 1/16/09) (mme) (Entered: 01/23/2009) |
| 01/22/2009 | 55 | NOTICE OF APPEAL from 53 Judgment. Document filed by The Republic of Argentina. Filing fee $ 455.00, receipt number E 676192. Copies mailed to attorney(s) of record: Proskauer Rose LLP; Sirota & Sirota LLP; Lovell Stewat Halebian LLP; and Guillermo A. Gleizer. (tp) (Entered: 01/26/2009) |
| 01/26/2009 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 55 Notice of Appeal. (tp) (Entered: 01/26/2009) |
| 01/26/2009 | | Transmission of Notice of Appeal to the District Judge re: 55 Notice of Appeal. (tp) (Entered: 01/26/2009) |
| 01/29/2009 | 56 | STIPULATION AND ORDER GOVERNING CONFIDENTIAL MATERIAL...regarding procedures to be followed that shall govern the handling of confidential material.... (Signed by Judge Thomas P. Griesa on 1/29/2009) (jfe) (Entered: 01/29/2009) |
| 02/13/2009 | 57 | Appeal Record Sent to USCA (Index). Notice that the Original index to the record on Appeal for 55 Notice of Appeal, filed by The Republic of Argentina USCA Case Number 09-0373-cv, 3 Copies of the index, Certified Clerk Certificate and Certified Docket Sheet were transmitted to the U.S. Court of Appeals. (tp) (nd). (Entered: 02/13/2009) |
| 03/05/2009 | | First Supplemental ROA Sent to USCA (Electronic File). Certified Supplemental Indexed record on Appeal Electronic Files for 37 Order to Show Cause, filed by Ruben Chorny, 54 Order, 38 Order to Show Cause, filed by Ruben Chorny, 49 Stipulation and Order, Set Motion and R&R Deadlines/Hearings, 50 Stipulation and Order, Set Motion and R&R Deadlines/Hearings, 53 Judgment, 52 Order, Terminate Motions, 56 Protective Order, 32 Notice of Change of Address filed by Ruben Chorny, 55 Notice of Appeal, filed by The Republic of Argentina, 29 Notice of Change of Address filed by Ruben Chorny, 57 Appeal Record Sent to USCA - Index, USCA Case Number 09-0373-cv, were transmitted to the U.S. Court of Appeals. (tp) (Entered: 03/05/2009) |
| 03/11/2009 | | Received returned mail re: 55 Notice of Appeal. Mail was addressed to Saul Roffe, Esq. of Sirota & Sirota LLP. at 110 Wall Street, 21st Floor, New York, NY 10005 and was returned for the following reason(s): FORWARD TIME EXP RTN TO SEND. Forwarded Return Document to Sirota & Sirota LLP, 125 Beach 128th St., Rockaway Park NY 11694-1604. (tp) (Entered: 03/11/2009) |
| 07/28/2009 | 58 | DECLARATION of Amy Chung in Opposition to plaintiffs' motion to turn over property. Document filed by The Republic of Argentina. (mbe) (Entered: 07/29/2009) |
| 07/28/2009 | 59 | MEMORANDUM OF LAW in Opposition to plaintiffs' motion to turn over property. Document filed by The Republic of Argentina. (mbe) (Entered: 07/29/2009) |
| 08/06/2009 | 60 | STIPULATION AND ORDER; Plaintiffs' reply papers in further support of plaintiffs' motion to turn over property, dated July 13, 2009 (the "Motion"), |

| | | |
|---|---|---|
| | | previously due on August 3, 2009, shall now be due on August 7, 2009. SO ORDERED. (Signed by Judge Thomas P. Griesa on 8/6/2009) (tve) (Entered: 08/06/2009) |
| 08/06/2009 | | Set/Reset Deadlines: Replies due by 8/7/2009. (tve) (Entered: 08/06/2009) |
| 08/19/2009 | 61 | ORDER: The motion to compel the Republic to turn over all property held in the United States by Aerolineas Argentinas is denied. In light of the above discussion, the court need not reach the Republic's additional contention that the motion is procedurally flawed because plaintiffs failed to commence a separate turnover proceeding. For the reasons stated above, plaintiffs' motion is denied. (Signed by Judge Thomas P. Griesa on 8/19/2009) (jpo) (Entered: 08/19/2009) |
| 11/16/2009 | 62 | TRUE COPY ORDER of USCA as to 51 Notice of Appeal, filed by The Republic of Argentina USCA Case Number 08-2883-cv. The undersigned counsel for plaintiffs-appellees and Defendants-Appellants the Republic of Argentina (the "Republic") and the Province of Buenos Aires (the "Province") hereby stipulate that the above-captioned appeals (the "Deactivated Appeals") are hereby withdrawn from active consideration from the Court pending the resolution of the following five consolidated appeals: Seijas v. Republic of Argentina, 08-2847-cv, Aurelius Captial Partners LP v. Republic of Argentina, 08-2864-cv, Catto v. Republic of Argentina, 08-2922-cv, Macrotecnic Int`l Corp. v. Republic of Argentina, 08-2926-cv, and Mazzini v. Republic of Argentina, 08-2943-cv (collectively, the "Consolidated Appeals"). The parties agree that the Courts resolution of the Consolidated Appeals shall resolve the deactivated appeals; provided however that the Republic and Province shall have the right to reactivate its appeal within 60 days of the Courts decision in the Consolidated Appeals in the event that plaintiff in the Deactivated Appeals does not have a judgment and the Courts order in the Consolidated Appeals does not determine the applicability here of Grupo Mexicano de Dessarrollo S.A. v. Alliance Bond Fund, Inc., 527 U.S 308 (1999). Withdrawal if the Deactivated Appeals from active consideration shall not operate as dismissal of the appeals under Federal Rule of Appellate Procedure 42(b). SO ORDERED: On the understanding that the reactivation contemplated by this stipulation will be accomplished by notice to the Clerk of this Court, and, upon such notice, the Clerk will offer the appeal to the panel adjudicating the Consolidated Appeals, which may either accept the appeal (with or without oral argument) or direct scheduling of the appeal before a subsequent panel. Catherine O'Hagan Wolfe, Clerk USCA. Certified: 11/12/2009. (nd) (Entered: 11/16/2009) |
| 02/19/2010 | 63 | MANDATE of USCA (Certified Copy) as to 51 Notice of Appeal, filed by The Republic of Argentina. USCA Case Number 08-2883-cv. The undersigned counsel for plaintiffs-appellees and Defendants-Appellants the Republic of Argentina (the "Republic") and the Province of Buenos Aires (the "Province") hereby stipulate that the above-captioned appeals (the "Deactivated Appeals") are hereby withdrawn from active consideration from the Court pending the resolution of the following five consolidated appeals: Seijas v. Republic of Argentina, 08-2847-cv, Aurelius Captial Partners LP v. Republic of Argentina, 08-2864-cv, Catto v. Republic of Argentina, 08-2922- |

| | | |
|---|---|---|
| | | cv, Macrotecnic Int`l Corp. v. Republic of Argentina, 08-2926-cv, and Mazzini v. Republic of Argentina, 08-2943-cv (collectively, the "Consolidated Appeals"). The parties agree that the Courts resolution of the Consolidated Appeals shall resolve the deactivated appeals; provided however that the Republic and Province shall have the right to reactivate its appeal within 60 days of the Courts decision in the Consolidated Appeals in the event that plaintiff in the Deactivated Appeals does not have a judgment and the Courts order in the Consolidated Appeals does not determine the applicability here of Grupo Mexicano de Dessarrollo S.A. v. Alliance Bond Fund, Inc., 527 U.S 308 (1999). Withdrawal if the Deactivated Appeals from active consideration shall not operate as dismissal of the appeals under Federal Rule of Appellate Procedure 42(b). SO ORDERED: On the understanding that the reactivation contemplated by this stipulation will be accomplished by notice to the Clerk of this Court, and, upon such notice, the Clerk will offer the appeal to the panel adjudicating the Consolidated Appeals, which may either accept the appeal (with or without oral argument) or direct scheduling of the appeal before a subsequent panel. Catherine O'Hagan Wolfe, Clerk USCA. Issued As Mandate: 2/5/2010. (nd) (Entered: 02/19/2010) |
| 04/14/2010 | 64 | ORDER TO SHOW CAUSE: The Republic of Argentina shall show cause as to why this Court should not enter an Order temporarily restraining and enjoining Defendant Republic of Argentina, its servants, employees, agents, representatives and any person acting in concert with them. Show Cause Hearing set for 4/15/2010 at 04:30 PM before Judge Thomas P. Griesa. (Signed by Judge Thomas P. Griesa on 4/14/2010) (jfe) (Entered: 04/14/2010) |
| 04/14/2010 | | MEMORANDUM OF LAW in Support of Plaintiff's Motion for a Temporary Restraining Order, A Preliminary Injunction and Expedited Discovery. Document filed by Ruben Daniel Chorny. ***Original filed in case number 04-cv-400, document #143. (mro) (Entered: 04/15/2010) |
| 04/14/2010 | | DECLARATION of Guillermo Gleizer in Support of Plaintiff's Motion for a Temporary Injunctive Relief against Defendant Republic of Argentina. Document filed by Ruben Daniel Chorny. ***Original filed in case number 04-cv-400, document #144.(mro) (Entered: 04/16/2010) |
| 04/14/2010 | | DECLARATION of Guillermo Gleizer in Support (with exhibits attached hereto) of Plaintiff's Motion for a Temporary Injunctive Relief against Defendant Republic of Argentina. Document filed by Ruben Daniel Chorny. ***Original filed in case number 04-cv-400, document #145. (mro) (Entered: 04/16/2010) |
| 04/23/2010 | | NOTICE OF APPEARANCE by Alexander Reus on behalf of Ruben Chorny. ***Original filed in case number 04-cv-400, document #146. (mro) (Entered: 04/26/2010) |
| 04/26/2010 | 65 | OPINION: The motions before the court in the 10 captioned cases are denied. (Signed by Judge Thomas P. Griesa on 4/26/2010) (tro) (Entered: 04/26/2010) |
| 04/30/2010 | 66 | ORDER AUTHORIZING TENDER OF BENEFICIAL INTERESTS FOR |

| | | PURPOSES OF PARTICIPATION IN THE 2010 EXCHANGE OFFER that 1) Any plaintiff in the above-listed cases who holds a judgment and wishes to participate in the 2010 Exchange Offer may tender the beneficial interests in the Eligible Securities underlying such judgment in accordance with the terms of the 2010 Exchange Offer, and 2) The Clerk of the Court is directed to cause this Order to be entered into all cases listed in this Order, including both ECF and non-ECF cases. So Ordered. (Signed by Judge Thomas P. Griesa on 4/29/10) (cd) (Entered: 04/30/2010) |
|---|---|---|
| 04/30/2010 | 67 | STIPULATION AND ORDER OF SUBSTITUTION OF PLAINTIFFS' CO-LEAD COUNSEL that Diaz, Reus & Targ, LLP be and hereby is substituted as attorney of record and Co-Lead Counsel for the Lead Plaintiffs and Class Representatives in the above-captioned matters, in place and stead of the Law Offices of Guillermo A. Gleizer, as of the date hereof. (Signed by Judge Thomas P. Griesa on 4/29/10) (cd) (Entered: 04/30/2010) |
| 04/30/2010 | 68 | CERTIFICATE OF SERVICE of Motions to Admit Counsel Pro Hac Vice served on Proskauer Rose LLP; Sirota & Sirota LLP; Lovell Stewart & Halebian, LLP on 4/26/10. Service was made by U.S. Mail. (mro) (Entered: 05/04/2010) |
| 05/03/2010 | 69 | MOTION for Marta Colomar Garcia to Appear Pro Hac Vice. Document filed by Ruben Chorny.(mro) (Entered: 05/04/2010) |
| 05/10/2010 | 70 | ENDORSED LETTER addressed to Judge Thomas P. Griesa from Guillermo Gleizer dated 5/3/2010 re: Class Members-Judgment Creditors request to be treated "the same" and not worse than every other recipient of the Exchange Offer. ENDORSEMENT: Denied. So ordered. (Signed by Judge Lawrence M. McKenna, Part I, on 5/10/2010) (tve) (Entered: 05/10/2010) |
| 05/11/2010 | 71 | MOTION for Margaret T. Perez to Appear Pro Hac Vice. Document filed by Ruben Chorny.(mro) (Entered: 05/13/2010) |
| 05/11/2010 | 72 | MOTION for Carlos F. Gonzalez to Appear Pro Hac Vice. Document filed by Ruben Chorny.(mro) (Entered: 05/13/2010) |
| 05/11/2010 | 73 | MOTION for Michael Diaz, Jr. to Appear Pro Hac Vice. Document filed by Ruben Chorny.(mro) (Entered: 05/13/2010) |
| 05/17/2010 | | CASHIERS OFFICE REMARK on 69 Motion to Appear Pro Hac Vice in the amount of $25.00, paid on 05/03/2010, Receipt Number 902378. (jd) (Entered: 05/17/2010) |
| 05/17/2010 | 74 | NOTICE OF APPEARANCE by Guillermo Ariel Gleizer on behalf of Ruben Chorny (mro) (Entered: 05/18/2010) |
| 05/18/2010 | | CASHIERS OFFICE REMARK on 72 Motion to Appear Pro Hac Vice, 71 Motion to Appear Pro Hac Vice, 73 Motion to Appear Pro Hac Vice in the amount of $75.00, paid on 05/11/2010, Receipt Number 903907,903908,903909. (jd) (Entered: 05/18/2010) |
| 05/20/2010 | 75 | ORDER: In light of the above circumstances, which "reaffirm Plaintiffs' concerns that they may receive nothing in return under the proposed Exchange Offer," plaintiffs request that the court "require Argentina to |

| | | |
|---|---|---|
| | | maintain in escrow all relevant incoming bonds (whether old or new) and cash, if any." After consideration of the circumstances outlined above, plaintiffs' motion is denied. (Signed by Judge Thomas P. Griesa on 5/20/2010) (jpo) (Entered: 05/20/2010) |
| 05/24/2010 | | MEMORANDUM OF LAW in Support of Order to Show Cause. Document filed by Ruben Chorny. ***Original filed in case number 04-cv-400, document #158. (mro) (Entered: 05/25/2010) |
| 05/24/2010 | | CERTIFICATE OF SERVICE of Writ of Execution and Order to Show Cause, Memorandum of Law, Declaration with Exhibits and Retraining Notice to Garnishee served on Jonathan I. Blackman, Carmine D. Boccuzzi, Christopher P. Moore (attorneys for defendants the Republic of Argentina) on 5/24/10. Service was made by U.S. Mail and Email. ***Original filed in case number 04-cv-400, document number 159. (mro) (Entered: 05/25/2010) |
| 05/24/2010 | | CERTIFICATE OF SERVICE of Writ of Execution and Order to Show Cause, Memorandum of Law, Declaration with Exhibits and Retraining Notice to Garnishee served on Banco Nacion Argentina on 5/24/10. Service was made by U.S. Mail. ***Original filed in case number 04-cv-400, document number 160.(mro) (Entered: 05/25/2010) |
| 05/24/2010 | | CERTIFICATE OF SERVICE of Writ of Execution and Order to Show Cause, Memorandum of Law, Declaration with Exhibits and Retraining Notice to Garnishee served on HSBC on 5/24/10. Service was made by U.S. Mail. ***Original filed in case number 04-cv-400, document number 161. (mro) (Entered: 05/25/2010) |
| 05/25/2010 | 76 | WRIT OF EXECUTION AND ORDER TO SHOW CAUSE. IT IS HEREBY ORDERED, that a Writ of Execution is hereby issued; pursuant to this Writ of Execution, Rule 69(a) of the Federal Rules of Civil Procedure and -as applicable- FSIA, 28 U.S.C. §1610, Plaintiffs are authorized to execute upon certain property of Argentina as previously authorized by further Order of this court within this jurisdiction in satisfaction of the outstanding final judgments, amounting, to date in total to the sum of $2,243,075,681.00 until full payment and as further set forth in this order. Defendant The Republic of Argentina shall show cause as to why an order of execution pursuant to Rule 69 (a) of the Federal Rules of Civil Procedure and CPLR § 5230 shall not issue to the Sheriff of New York County or the United States Marshal directing him to satisfy the Judgments out of the Funds held by or for the benefit of Argentina in the Accounts maintained by BNA.(Show Cause Hearing set for 6/3/2010 at 03:00 PM in Courtroom 26B, 500 Pearl Street, New York, NY 10007 before Judge Thomas P. Griesa., Show Cause Response due by 6/2/2010.). Relates to 04-400, 04-401, 04-506, 04-936, 04-937, 04-1085, 04-2117, 04-2118. (Signed by Judge Thomas P. Griesa on 5/24/10) (rjm) (Entered: 05/26/2010) |
| 05/25/2010 | 77 | RESTRAINING NOTICE TO GARNISHEE. This notice also covers all property wherever located in the U.S. in which the judgment debtor Argentina has an interest hereafter coming into your possession or custody and all debts hereafter coming due from you to the judgment debtor Argentina pursuant to NEW YORK CIVIL PRACTICE LAW AND RULES SECTION 5222(b). |

| | | |
|---|---|---|
| | | Disobedience of this Restraining Notice is punishable as contempt of court. Relates to 04-400, 04-401, 04-506, 04-936, 04-937, 04-1085, 04-2117, 04-2118. (Signed by Judge Thomas P. Griesa on 5/24/10) (rjm) (Entered: 05/26/2010) |
| 05/25/2010 | 78 | RESTRAINING NOTICE TO GARNISHEE. To: HSBC Bank 550 Fashion Avenue, New York, New York 10018. This notice also covers all property wherever located in the U.S. in which the judgment debtor Argentina has an interest hereafter coming into your possession or custody and all debts hereafter coming due from you to the judgment debtor Argentina pursuant to NEW YORK CIVIL PRACTICE LAW AND RULES SECTION 5222(b). Disobedience of this Restraining Notice is punishable as contempt of court. Relates to 04-400, 04-401, 04-506, 04-936, 04-937, 04-1085, 04-2117, 04-2118. (Signed by Judge Thomas P. Griesa on 5/24/10) (rjm) (Entered: 05/26/2010) |
| 05/25/2010 | 79 | RESTRAINING NOTICE TO GARNISHEE. To: Banco de la Nacion Argentina 225 Park Avenue, New York, New York 10017. This notice also covers all property wherever located in the U.S. in which the judgment debtor Argentina has an interest hereafter coming into your possession or custody and all debts hereafter coming due from you to the judgment debtor Argentina pursuant to NEW YORK CIVIL PRACTICE LAW AND RULES SECTION 5222(b). Disobedience of this Restraining Notice is punishable as contempt of court. Relates to 04-400, 04-401, 04-506, 04-936, 04-937, 04-1085, 04-2117, 04-2118. (Signed by Judge Thomas P. Griesa on 5/24/10) (rjm) (Entered: 05/26/2010) |
| 05/25/2010 | | Set Deadlines/Hearings: Show Cause Response due by 6/2/2010. Show Cause Hearing set for 6/3/2010 at 03:00 PM in Courtroom 26B, 500 Pearl Street, New York, NY 10007 before Judge Thomas P. Griesa. (rjm) (Entered: 05/26/2010) |
| 05/27/2010 | 80 | RESTRAINING NOTICE TO GARNISHEE: The amount of $2,243,075,681.00 remains due and unpaid, and WHEREAS it appears that you owe a debt to the judgment debtor Argentina or are in possession or in custody of property in which the judgment debtor Argentina has an interest, to with funds held by you in an account for, or for the benefit of, the judgment debtor, Argentina, TAKE NOTICE that pursuant to Rule 69(a) of the Federal Rules of Civil Procedure and subdivision (b) of Section 5222 of the New York Civil Practice Law and Rules applicable thereunder and as set forth in full below, you are hereby forbidden to make or suffer any sale, assignment, or transfer of or interference with, any such property or pay over or otherwise dispose of any such debt except as therein provided, as set forth in this Restraining Notice To Garnishee. Take further notice that disobedience of this Restraining Notice is punishable as contempt of Court. (Signed by Judge Thomas P. Griesa on 5/24/2010) (jpo) (Entered: 05/27/2010) |
| 05/27/2010 | 81 | RESTRAINING NOTICE TO GARNISHEE: (Re: Banco de la Nacion Argentina) The amount of $2,243,075,681.00 remains due and unpaid, and WHEREAS it appears that you owe a debt to the judgment debtor Argentina or are in possession or in custody of property in which the judgment debtor Argentina has an interest, to with funds held by you in an account for, or for |

| | | the benefit of, the judgment debtor, Argentina, TAKE NOTICE that pursuant to Rule 69(a) of the Federal Rules of Civil Procedure and subdivision (b) of Section 5222 of the New York Civil Practice Law and Rules applicable thereunder and as set forth in full below, you are hereby forbidden to make or suffer any sale, assignment, or transfer of or interference with, any such property or pay over or otherwise dispose of any such debt except as therein provided, as set forth in this Restraining Notice To Garnishee. Take further notice that disobedience of this Restraining Notice is punishable as contempt of Court. (Signed by Judge Thomas P. Griesa on 5/24/2010) (jpo) (Entered: 05/27/2010) |
|---|---|---|
| 05/27/2010 | 82 | ORDER: The U.S. Marshals Service is directed to defer taking actual possession of or levying upon any property pursuant to the Orders until further order of this Court; ORDERED, the Blanket Orders are immediately vacated for the reasons stated in the Republic's May 25, 2010 letter; ORDERED, as provided for under the OSC, objections or responses to the BNA Orders and HSBC Orders shall be filed on or before June 2, 2010 at 12:00 p.m., or at such other time set by the Court. (Signed by Judge Thomas P. Griesa on 5/27/2010) (jpo) (Entered: 05/27/2010) |
| 05/27/2010 | | Set Deadlines/Hearings: Responses due by 6/2/2010 (jpo) (Entered: 05/27/2010) |
| 06/04/2010 | 83 | NOTICE OF APPEARANCE by Jennifer R. Scullion on behalf of Ruben Chorny (mro) (Entered: 06/04/2010) |
| 06/07/2010 | 84 | MOTION to Vacate Ex Parte restraining notices and writ of execution. Document filed by Republic of Argentina. ***Declaration of Rahul Mukhi and exhibits attached hereto. (Received in the night deposit box on 6/7/10 at 6:07pm)(mro) (Entered: 06/08/2010) |
| 06/07/2010 | 85 | MEMORANDUM OF LAW in Support re: 84 MOTION to Vacate Ex Parte restraining notices and writ of execution. Document filed by Republic of Argentina. (Received in the night deposit box on 6/7/10 at 6:07pm) (mro) (Entered: 06/08/2010) |
| 06/18/2010 | 86 | MANDATE of USCA (Certified Copy) as to (65 in 1:04-cv-02117-TPG) Notice of Appeal, filed by The Republic of Argentina, (126 in 1:04-cv-00400-TPG) Notice of Appeal, filed by The Republic of Argentina, (66 in 1:04-cv-00936-TPG) Notice of Appeal, filed by The Republic of Argentina, (65 in 1:04-cv-00506-TPG) Notice of Appeal, filed by Republic of Argentina, (66 in 1:04-cv-00401-TPG) Notice of Appeal, filed by The Republic of Argentina, (65 in 1:04-cv-01085-TPG) Notice of Appeal, filed by The Republic of Argentina, (65 in 1:04-cv-00937-TPG) Notice of Appeal, filed by The Republic of Argentina, (55 in 1:04-cv-02118-TPG) Notice of Appeal, filed by The Republic of Argentina USCA Case Number 09-0332-cv(L). Ordered, Adjudged and Decreed that the judgment of the District Court is AFFIRMED in part, REMANDED in part in accordance with the opinion of this Court. Catherine O'Hagan Wolfe, Clerk USCA. Issued As Mandate: 06/17/2010. (nd) (Entered: 06/18/2010) |
| 06/18/2010 | | Transmission of USCA Mandate/Order to the District Judge re: (176 in 1:04- |

| | | |
|---|---|---|
| | | cv-00400-TPG, 96 in 1:04-cv-00937-TPG, 99 in 1:04-cv-00401-TPG, 96 in 1:04-cv-01085-TPG, 97 in 1:04-cv-00936-TPG, 86 in 1:04-cv-02118-TPG, 95 in 1:04-cv-00506-TPG, 96 in 1:04-cv-02117-TPG) USCA Mandate,,,. (nd) (Entered: 06/18/2010) |
| 07/01/2010 | 87 | STIPULATION AND ORDER GOVERNING CONFIDENTIAL MATERIAL...regarding procedures to be followed that shall govern the handling of confidential material... (Signed by Judge Thomas P. Griesa on 7/1/10) (pl) (Entered: 07/02/2010) |
| 08/05/2010 | | MOTION for an Order to Clarify its July 23, 2010 Opinion in Aurelius Capital Partners, L.P. v. The Republic of Argentina, 07-cv-2715(TPG). Document filed by Ruben Chorny. ***Original document filed in case number 04-cv-400, document number 180.(mro) Modified on 8/6/2010 (mro). (Entered: 08/06/2010) |
| 08/05/2010 | | MEMORANDUM OF LAW in Support re: MOTION for an Order to Clarify its July 23, 2010 Opinion in Aurelius Capital Partners, L.P. v. The Republic of Argentina, 07-cv-2715(TPG). ***Original document filed in case number 04-cv-400, document number 181. Document filed by Ruben Chorny. (mro) Modified on 8/6/2010 (mro). (Entered: 08/06/2010) |
| 08/19/2010 | 88 | RESPONSE by the Republic of Argentina to plaintiffs' Motion to Clarify. Document filed by The Republic of Argentina. (mro) (Entered: 08/23/2010) |
| 08/25/2010 | 89 | ORDER: The court hereby withdraws Footnote 1 of the July 23,2010 opinion in Aurelius Capital Partners, LP v. Republic of Argentina, 07 Civ. 2715 (TPG), and notes that the Seijas plaintiffs have not formally abandoned whatever rights they have in connection with this claim. (Signed by Judge Thomas P. Griesa on 8/23/2010) (jpo) (Entered: 08/25/2010) |
| 09/23/2010 | | DECLARATION of Michael Adler. Document filed by Ruben Chorny. ***Original document filed in case number 04-cv-400, document # 185. (mro) (Entered: 09/24/2010) |
| 09/23/2010 | | DECLARATION of Jennifer Scullion. Document filed by Ruben Chorny. ***Original document filed in case number 04-cv-400, document # 187. (mro) (Entered: 09/24/2010) |
| 10/04/2010 | 90 | ORDER: Plaintiffs request that the court compel the Republic to respond to interrogatories and document requests dated September 29, 2010. Plaintiffs seek to determine whether it is the Republic's present intention to issue new bonds in the next twelve months, and, if so, plaintiffs seek further information. The Republic opposes the request in its entirety. Plaintiffs' request is denied. (Signed by Judge Thomas P. Griesa on 10/4/10) (db) (Entered: 10/04/2010) |
| 10/06/2010 | 91 | MEMORANDUM OF LAW in Opposition to Entry of Revised Aggregate Class Judgments. Document filed by The Republic of Argentina. (mbe) (Entered: 10/08/2010) |
| 10/06/2010 | 92 | DECLARATION of Sara A. Sanchez. Document filed by The Republic of Argentina. (mbe) (Entered: 10/08/2010) |

| | | |
|---|---|---|
| 10/06/2010 | 93 | CERTIFICATE OF SERVICE of the Memorandum of Law of the Republic of Argentina in Opposition to Entry of Revised Aggregate Class Judgments served on Michael Diaz, Jr., and Jennifer Scullion on 10/6/2010. Service was made by Federal Express.. Document filed by The Republic of Argentina. (mbe) (Entered: 10/08/2010) |
| 10/12/2010 | 94 | ENDORSED LETTER addressed to Judge Thomas P. Griesa from Carmine Boccuzzi dated 10/12/10 re: Briefing schedule for further briefing the order to show cause as follows. ENDORSEMENT: So Ordered. (Plaintiff Reply due by 10/13/2010. The Republic may make a supplemental filing addressing the opinions of plaintiffs' expert Prof. Michael Adler by Monday, 10/18 at noon. Hearing set for Tuesday, 10/19/2010 at 11:00 AM before Judge Thomas P. Griesa.) (Signed by Judge Thomas P. Griesa on 10/12/10) (cd) (Entered: 10/13/2010) |
| 10/13/2010 | | REPLY MEMORANDUM OF LAW in Support of Entry of Revised Class Judgments. Document filed by Plaintiff Classes. (Received in the night deposit box on 10/13/10 at 10:47pm). ***Original Document filed in case number 04-cv-400, document number 195. (mro) Modified on 10/18/2010 (mro). (Entered: 10/18/2010) |
| 10/13/2010 | | REPLY DECLARATION of Jennifer Scullion in Support of Plaintiffs' Reply on their Order to Show Cause for entry of revised Class Judgments. Document filed by Plaintiff Classes. ***Exhibits attached hereto. (Received in the night deposit box on 10/13/10 at 10:47pm) ***Original document filed in case number 04-cv-400, document number 196. (mro) (Entered: 10/18/2010) |
| 10/18/2010 | 95 | SUPPLEMENTAL MEMORANDUM OF LAW IN RESPONSE TO THE DECLARATION OF MICHAEL ADLER CONCERNING REVISED AGGREGATED CLASS JUDGMENT. Document filed by The Republic of Argentina. (mbe) (Entered: 10/19/2010) |
| 10/18/2010 | 96 | SUPPLEMENTAL DECLARATION of Sara A. Sanchez. Document filed by The Republic of Argentina. (mbe) (Entered: 10/19/2010) |
| 10/19/2010 | 97 | ORDER REQUIRING PLAINTIFFS TO INFORM THE REPUBLIC OF ARGENTINA AS TO PARTICIPATION IN THE 2010 EXCHANGE OFFER: Counsel for all plaintiffs in the above-captioned actions must inform counsel to the Republic as to (a) whether any of the plaintiffs in their cases are Tendering Holders who participated in the 2010 Exchange Offer, and, if so, confirm the amounts and bond identification numbers (ISINs ) for any interests tendered into the 2010 Exchange Offer, and (b) the amounts and ISINs for any interests still held by plaintiffs in the above-captioned actions and still subject to litigation. The above-described information must be transmitted to counsel for the Republic, Carmine D. Boccuzzi, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006, by no later than November 5, 2010; and The Clerk of the Court is directed to cause this Order to be entered into all cases listed in this Order, including both ECF and non-ECF cases. (Signed by Judge Thomas P. Griesa on 10/19/2010) (jpo) (Entered: 10/20/2010) |

| | | |
|---|---|---|
| 12/15/2010 | 98 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION: Michael Diaz, Jr., Carlos F. Gonzalez, Margaret T. Perez, and Marta Colomar Garcia, counsel for defendants in the above captioned matters, have moved for permission to appear and participate pro hac vice in the above captioned matters pursuant to Local Rule 1.3(c). The motion is granted, and Mr. Diaz, Mr. Gonzalez, Ms. Perez, and Ms. Garcia may appear and participate in this matter upon payment of the necessary fee. SO ORDERED. (Signed by Judge Thomas P. Griesa on 12/15/2010) (lnl) (Entered: 12/15/2010) |
| 03/29/2011 | 99 | OPINION: The motion to vacate the May 24 orders is granted. This resolves the motions listed as document numbers 174 in case 04 Civ. 400; 97 in 04 Civ. 401; 93 in 04 Civ. 506; 95 in 04 Civ. 936; 94 in 04 Civ. 937, 04 Civ. 1085, and 04 Civ. 2117; and 84 in 04 Civ. 21 18. SO ORDERED. (Signed by Judge Thomas P. Griesa on 3/29/2011) (lnl) (Entered: 03/29/2011) |
| 07/22/2011 | 100 | STIPULATION AND ORDER that without waiver of the Republic's positions on aggregate judgments and acceleration, all of which are expressly preserved for any appeal, the amounts of principal and interest for each Plaintiff Class is currently calculated as further set forth in this document and detailed in the chart attached hereto as Exhibit B. (Signed by Judge Thomas P. Griesa on 7/22/11) (cd) (Entered: 07/22/2011) |
| 07/22/2011 | 101 | JUDGMENT #11,1420 in favor of Ruben Chorny against The Republic of Argentina in the amount of $ 4,289,549.13. (Signed by Judge Thomas P. Griesa on 7/22/11) (Attachments: # 1 Notice of Right to Appeal)(dt) (Entered: 07/22/2011) |
| 07/22/2011 | | Transmission to Docket Assistant Clerk. Transmitted re: 101 Judgment, to the Docket Assistant Clerk for case processing. (dt) (Entered: 07/22/2011) |
| 07/22/2011 | | Mailed notice of Right to Appeal re: 101 Judgment, to Attorney(s) of Record: Alexander Reus, Guillermo Ariel Gleizer, Bertrand Charles Sellier, Jennifer R. Scullion, William Henry Weisman, Saul Roffe, Marta Colomar Garcia, Margaret T. Perez, Michael Diaz, Jr, Carlos F. Gonzalez, Carmine D. Boccuzzi, Jr, Jonathan I. Blackman. (eef) (Entered: 07/26/2011) |
| 08/15/2011 | 102 | NOTICE OF APPEAL from 101 Judgment. Document filed by The Republic of Argentina. Filing fee $ 455.00, receipt number 11465400150. Copies of Notice of Appeal mailed to Attorney(s) of Record: Diaz Reus; Stark & Stark LLP; Proskauer Rose LLP; Sirota & Sirota LLP. (tp) (Entered: 08/16/2011) |
| 08/16/2011 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 102 Notice of Appeal. (tp) (Entered: 08/16/2011) |
| 08/16/2011 | | Transmission of Notice of Appeal to the District Judge re: 102 Notice of Appeal. (tp) (Entered: 08/16/2011) |
| 08/24/2011 | | USCA Case Number 11-3329 from the USCA 2nd Circuit assigned to 102 Notice of Appeal, filed by The Republic of Argentina. (tp) (Entered: 08/24/2011) |
| 08/25/2011 | 103 | Appeal Record Sent to USCA (Index). Notice that the Original index to the record on Appeal for 102 Notice of Appeal, filed by The Republic of |

| | | |
|---|---|---|
| | | Argentina USCA Case Number 11-3329, 3 Copies of the index, Certified Clerk Certificate and Certified Docket Sheet were transmitted to the U.S. Court of Appeals. (tp) (nd). (Entered: 08/26/2011) |
| 09/07/2012 | 104 | MANDATE of USCA (Certified Copy) as to 102 Notice of Appeal, filed by The Republic of Argentina USCA Case Number 11-3329. Ordered, Adjudged and Decreed that the judgments of the District Court are AFFIRMED in part, VACATED in part, and the case is REMANDED for further proceedings... Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 09/07/2012. (nd) (Entered: 09/07/2012) |
| 09/07/2012 | | Transmission of USCA Mandate/Order to the District Judge re: 104 USCA Mandate,. (nd) (Entered: 09/07/2012) |
| 11/26/2012 | 105 | ENDORSED LETTER addressed to Judge Thomas P. Griesa from Jason A. Zweig dated 11/21/2012 re: Class counsel in the cases and counsel for Argentina have conferred and jointly propose the following schedule for discovery and hearing on the issues identified for remand: February 15, 2013 - Fact Discovery Completed; March 15, 2013 - Parties Exchange Expert Reports; April 5, 2013 - Parties Exchange Rebuttal Reports (if necessary); April 26, 2013 - Expert Depositions Completed. ENDORSEMENT: Approved. (Deposition due by 4/26/2013, Fact Discovery due by 2/15/2013.) (Signed by Judge Thomas P. Griesa on 11/26/2012) (djc) (Entered: 11/30/2012) |
| 08/22/2013 | 106 | ENDORSED LETTER addressed to Judge Thomas P. Griesa from Jennifer R. Scullion dated 8/21/2013 re: The parties jointly propose the following schedule: Plaintiff's Motion: September 12, 2013; Defendant's Opposition: October 18, 2013; Plaintiff's Reply: November 1, 2013. ENDORSEMENT: Approved., ( Motions due by 9/12/2013., Responses due by 10/18/2013., Replies due by 11/1/2013.) (Signed by Judge Thomas P. Griesa on 8/22/2013) (lmb) (Entered: 08/22/2013) |
| 09/12/2013 | 107 | NOTICE OF RULE 23(c)(1)(C) MOTION to Modify Class Definitions. Document filed by Ruben Chorny.(lmb) (Entered: 09/16/2013) |
| 09/12/2013 | 108 | MEMORANDUM OF LAW in Support re: 107 NOTICE OF RULE 23(c)(1) (C) MOTION to Modify Class Definitions Document filed by Ruben Chorny. (lmb) (Entered: 09/16/2013) |
| 10/16/2013 | 109 | ENDORSED LETTER addressed to Judge Thomas P. Griesa from Carmine D. Boccuzzi dated 10/15/2013 re: We represent defendant the Republic of Argentina (the "Republic") in the above captioned actions. The parties have agreed to extend, from October 18, 2013, to October 25, 2013, the deadline for the Republic to file opposition papers to plaintiffs' motions to modify the class definition. Pursuant to this agreement, the deadline for plaintiffs to file reply papers would be extended from November 1, 2013, to November 15, 2013. ENDORSEMENT: Approved. ( Responses due by 10/25/2013, Replies due by 11/15/2013.) (Signed by Judge Thomas P. Griesa on 10/16/2013) (ama) (Entered: 10/16/2013) |
| 11/08/2013 | 110 | ENDORSED LETTER addressed to Judge Thomas P. Griesa from Jennifer R. Scullion dated 11/06/2013 re: The parties have agreed to extend the Plaintiffs' |

| | | deadline to file reply papers in further support of their motions to modify the class definitions from November 15, 2013 to November 22, 2013. ENDORSEMENT: Approved., ( Replies due by 11/22/2013.) (Signed by Judge Thomas P. Griesa on 11/08/2013) (ama) (Entered: 11/08/2013) |
|---|---|---|
| 11/08/2013 | 111 | SUPPLEMENTAL CERTIFICATE OF SERVICE of Memo in Opposition to Motion to Modify Class Definition served on Plaintiff on 19/25/2013. Service was made by Priority Mail. Document filed by The Republic of Argentina. (cd) (Entered: 11/13/2013) |
| 11/19/2013 | 112 | ENDORSED LETTER addressed to Judge Thomas P. Griesa from Jeniphr Breckenridge dated 11/15/2013 re: Counsel for Brecher Plaintiffs requests that Your Honor so-order the modified briefing schedule by endorsement of this letter. ENDORSEMENT: Approved. Set Deadlines/Hearing as to (78 in 1:06-cv-15297-TPG) MOTION Modify Class Definition: Replies due by 11/22/2013. (Signed by Judge Thomas P. Griesa on 11/19/2013) ***Filed in 06cv15297, 04cv5068, 04cv400, 04cv401, 04cv506, 04cv936, 04cv937, 04cv1085, 04cv2117, and 04cv2118(tn) Modified on 11/25/2013 (tn). (Entered: 11/20/2013) |
| 11/22/2013 | 113 | REPLY MEMORANDUM OF LAW in Support re: 107 MOTION. Document filed by Ruben Chorny. (ft) (Entered: 12/04/2013) |
| 11/22/2013 | 114 | REPLY DECLARATION of Jennifer R. Scullion in Support re: 107 MOTION. Document filed by Ruben Chorny. (ft) (Entered: 12/04/2013) |
| 04/24/2014 | 115 | ORDER GRANTING MOTION TO MODIFY CLASS DEFINITION AND CERTIFYING MODIFIED CLASS. IT IS HEREBY ORDERED THAT: 1. The Court finds: There is good and sufficient cause to modify the existing class definition to encompass the Holder Class; modification of the class definition will serve the interests of justice and will not prejudice Argentina or any holder; the Holder Class satisfies the requirements of Rule 23 (including numerosity, commonality, typicality, and fair and adequate representation) and is ascertainable by reference to objective criteria; and the requirements of FED. R. Civ. P. 23(b)(3) and 23(c)(2)(B) will be satisfied, and Due Process rights of actual and potential Holder Class members will be protected, by notice and opt out procedures. 2. The Court therefore GRANTS Plaintiff's motion to modify the class definition to encompass, as modified, "all holders of Republic of Argentina Floating Rate L+0.8125 Global Notes due March, 2005 (CUSIP/ISIN # XS0043120582)," a "holder" being an owner of a beneficial interest in said bonds. Excluded from the Holder Class are all holders to the extent that their holdings (x) are the subject of a separately pending lawsuit or claim in arbitration to collect on such holdings or (y) have been exchanged for new bonds or otherwise extinguished. Holders that timely opt out pursuant to the attached procedures also will be excluded from the Holder Class. 3. The Court hereby appoints Proskauer Rose LLP, Diaz Reus & Targ LLP, and Saul Roffe as co-Class Counsel for the Holder Class. Granting 107 NOTICE OF RULE 23(c)(1)(C) MOTION to Modify Class Definitions. Document filed by Ruben Chorny. (Signed by Judge Thomas P. Griesa on 4/24/2014) (rjm) (Entered: 04/25/2014) |

Case: 14-2105    Document: 1-1    Page: 25    06/18/2014    1251556    25

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 06/18/2014 14:53:57 | | |
| **PACER Login:** | ap0000 | **Client Code:** | 02_22042 |
| **Description:** | Docket Report | **Search Criteria:** | 1:04-cv-02118-TPG |
| **Billable Pages:** | 15 | **Cost:** | 1.50 |